✓ FILED      \_\_\_ RECEIVED
\_\_\_ ENTERED     \_\_\_ SERVED ON
COUNSEL/PARTIES OF RECORD

**JUN 1 6 2011**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | )    2:10-CR-036-ECR (GWF) |
| MARCUS SULLIVAN, | ) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE

On March 3, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant MARCUS SULLIVAN to criminal offense, forfeiting specific property alleged in the Information and agreed to in the Plea Memorandum and shown by the United States to have a requisite nexus to the offense to which defendant MARCUS SULLIVAN pled guilty. Docket #38,39,40.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on March 8, 2011, through to March 22, 1011 in the *Las Vegas Review-Journal/Sun*, notifying all known third parties of their right to petition the Court. #41.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

1    This Court finds no petitions are pending with regard to the assets named herein and the time

2  for presenting such petitions has expired.

3    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

4  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

5  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

6  32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section

7  2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to

8  law:

9         a.    a Springfield XD 9mm pistol with serial number US933871; and
          b.    any and all ammunition.

10   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited

11  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well

12  as any income derived as a result of the United States of America's management of any property

13  forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of

14  according to law.

15   The Clerk is hereby directed to send copies of this Order to all counsel of record and three

16  certified copies to the United States Attorney's Office.

17   DATED this _____ *16* _____ day of _____ *June* _____, 2011.

18

19                          *Edward C. Reed*

20                    _____
                      UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26