Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:10-cr-0036-GMN-GWF |
| Plaintiff, | **First Stipulation to Continue Revocation Hearing** |
| v. | |
| Marcus Sullivan, | |
| Defendant. | |

The parties jointly request that this Court vacate the October 21, 2020, revocation hearing and continue it for at least 14 days. Undersigned was not able to reach Mr. Sullivan until 4:00 p.m. this afternoon because his phone was damaged, requiring him to obtain a new phone and new phone number. Additional time is needed so that undersigned can advise Mr. Sullivan about the possible sentencing consequences he faces and to determine if the parties can reach a resolution short of a contested revocation hearing.

Mr. Sullivan is not in custody and agrees to the continuance.

DATED: October 20, 2020.

| Rene L. Valladares<br>Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney |
|---|---|
| */s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>Assistant Federal Public Defender | */s/ Kimberly Sokolich*<br>By_____<br>Kimberly Sokolich<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>   v.<br><br>Marcus Sullivan,<br><br>      Defendant. | Case No. 2:10-cr-00036-GMN-GWF<br><br>**Order Granting First Stipulation to Continue Revocation Hearing** |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing.

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for October 21, 2020, at 10:00 a.m. is vacated and continued to __Wednesday, November 18, 2020_____ at __1:00 p.m.

DATED: October __20__, 2020.

_____
Gloria M. Navarro
United States Disrict Judge

3