Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:10-cr-00036-GMN-GWF |
| Plaintiff, | **Stipulation to Vacate Hearing and Terminate Supervised Release (ECF No. 88)** |
| v. | |
| Marcus Sullivan, | |
| Defendant. | |

On November 18, 2020, Sullivan admitted to violation #2 in the petition to revoke his supervised release, and the government dismissed allegations 1, 3, and 4. This Court continued Sullivan on supervision and set a status check in four months with the understanding that, if Sullivan had no new violations, his supervision would be terminated at that time as he is under concurrent supervision by the state of Ohio, where he resides.

Probation advises that Sullivan has been compliant with the exception of receiving a traffic ticket, which does not concern Probation. The parties therefore jointly request that this Court vacate the March 24, 2021, status conference and terminate Sullivan's supervision under 18 U.S.C § 3564(c) because Sullivan has completed more than one year of supervision and early termination is warranted

by Sullivan's conduct and the interest of justice.  USPO Martinez concurs with this request.

DATED: March 18, 2021.

| */s/ Erin Gettel* | */s/ Kimberly Sokolich* |
|---|---|
| By_____ | By_____ |
| Erin Gettel | Kimberly Sokolich |
| Assistant Federal Public Defender | Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Marcus Sullivan,<br><br>    Defendant. | Case No. 2:10-cr-00036-GMN-GWF<br><br>**Order Granting Stipulation, Vacating Status Conference, and Terminating Supervised Release** |

Based on the stipulation of counsel, the Court finds that good cause exists to vacate the status conference and that early termination of supervised release is appropriate under 18 U.S.C § 3564(c).

IT IS THEREFORE ORDERED that the status conference currently set for March 24, 2021, at 10:00 a.m. is VACATED.  IT IS FURTHER ORDERED that the stipulation for early termination of supervised release is GRANTED. Sullivan's federal supervision is hereby terminated.

DATED: March 18, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

3